IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANNE ELIZABETH BURNS,<br>*as Chapter 7 Trustee for Hoactzin Partners, L.P.*, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-cv-0720-E |
| DOLPHIN DIRECT EQUITY PARTNERS, LP, ET AL., | § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is a Report and Recommendation from the United States Bankruptcy Court (Doc. 2-1). The Bankruptcy Court recommends that this Court grant Defendant Riley Exploration Permian, Inc.'s Motion to Withdraw the Reference to the Bankruptcy Court when the Bankruptcy Court certifies that this action is ready for trial and also defer to the Bankruptcy Court the handling of all pretrial matters. No objections were filed.

The Court **accepts** the Report and Recommendation. The United States Bankruptcy Court shall handle all pretrial matters. When the Bankruptcy Court concludes that the case is ready for trial, the Bankruptcy Court should notify this Court and this Court will then withdraw the reference.

**SO ORDERED**; signed May 24, 2022.

Ada Brown
UNITED STATES DISTRICT JUDGE